8/19/11  8:56AM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Michael B. Lica,**
**Cheryl J. Lica,**
                                    Debtors

Case No.   **11-20138**

Chapter   **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 200,000.00 | | |
| B - Personal Property | Yes | 3 | 30,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 294,191.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 291,645.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,210.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,718.44 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 230,150.00 | | |
| | | | Total Liabilities | 585,837.59 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Michael B. Lica,**
**Cheryl J. Lica,**
                                                            Debtors

Case No. **11-20138**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,210.00 |
| Average Expenses (from Schedule J, Line 18) | 5,718.44 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,860.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 77,289.87 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 291,645.77 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 368,935.64 |

B6C (Official Form 6C) (4/10)

In re **Michael B. Lica,**
**Cheryl J. Lica**,
Debtors

Case No. **11-20138**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| United Comm Bank checking | N.C. Gen. Stat. § 1-362 | 1,000.00 | 1,000.00 |
| | N.C. Gen. Stat. § 1C-1601(a)(2) | 1,000.00 | |
| **Household Goods and Furnishings** | | | |
| Living Room furniture and standard appliances/electronics, Dining room set, bedroom suites, misc small kitchen appliances, washer, dryer, linens, pots & pans, dishes, outdoor furniture, small garden tools | N.C. Gen. Stat. § 1C-1601(a)(4) | 5,150.00 | 5,150.00 |
| **Wearing Apparel** | | | |
| Clothing | N.C. Gen. Stat. § 1C-1601(a)(4) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Jewelry | N.C. Gen. Stat. § 1C-1601(a)(2) | 3,000.00 | 3,000.00 |
| **Stock and Interests in Businesses** | | | |
| Interest in Lica Construction, Inc. Assets: bank account ($1000), hand tools, misc office furnishings Debts: 0 | N.C. Gen. Stat. § 1C-1601(a)(2) Debtor exempts 100% of FMV. | 1,500.00 | 1,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Jeep Wrangler  35,000 miles | N.C. Gen. Stat. § 1C-1601(a)(3) | 1,098.05 | 18,000.00 |
| 1988 work van | N.C. Gen. Stat. § 1C-1601(a)(2) | 500.00 | 500.00 |
| 1984 Ford F-700 dump truck (inoperable) | N.C. Gen. Stat. § 1C-1601(a)(2) | 500.00 | 500.00 |
| Total: | | **14,248.05** | **30,150.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt